UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MARC P.,<br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Commissioner of<br>Social Security,<br>    Defendant. | C.A. No. 21-00112-MSM-LDA |

ORDER

On January 25, 2022, Magistrate Judge Lincoln D. Almond filed a Report and Recommendation (R&R), (ECF No. 16), recommending that the Court grant the Plaintiff's Motion to Reverse the Decision of the Commissioner (ECF No. 12), Deny the Commissioner's Motion to Affirm (ECF No. 13) and enter final judgment in favor of the Plaintiff. After having carefully reviewed the relevant papers and having heard no objections the Court ACCEPTS the R&R and ADOPTS the recommendations and reasoning set forth therein.

Accordingly, the Plaintiff's Motion to Reverse the Decision of the Commissioner (ECF No. 12) is GRANTED, and the Defendant's Motion for an Order Affirming the Decision of the Commissioner (ECF No. 13) is DENIED. Final judgment is entered in favor of the Plaintiff and the matter is remanded for further administrative proceedings consistent with this ruling.

IT IS SO ORDERED.

_____
Mary S. McElroy
United States District Judge

March 22, 2022